UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20142-CR-Middlebrooks/Garber

UNITED STATES OF AMERICA,

v.

MAURICE E. DAVIS,

    Defendant.

_____/

**REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

THIS CAUSE was before the Court by Order of Reference from United States District Judge Donald M. Middlebrooks and the consent of the parties for the acceptance by a United States Magistrate Judge of a guilty plea by the defendant in this cause. Pursuant to such reference the Court has conducted a change of plea hearing on July 25, 2016 which was attended by the defendant Davis, his attorney, Roderick D. Vereen, Esquire, and AUSA Jonathan Kobrinski. The Court hereby advises as follows:

1. At the commencement of the change of plea proceedings the Court advised the defendant that he had a right to have these proceedings conducted by the United States District Judge assigned to this case. The defendant was advised that a Magistrate Judge was conducting these proceedings by Order of Reference from the District Judge, based upon the consent of the defendant, his attorney, and the Assistant United States Attorney to whom this cause is assigned, as evidenced by the filing of a Waiver executed by the defendant, his counsel, and government counsel. The Court advised the defendant that the

sentence would be imposed by the District Judge, who would make all findings and rulings regarding such sentence and would conduct a sentencing hearing at a time scheduled by the District Judge.

2. The defendant was advised that he did not have to permit the undersigned United States Magistrate Judge to conduct the change of plea hearing and could request that it be conducted only by a United States District Judge. All parties and counsel agreed and consented to these proceedings being conducted by the undersigned.

3. The Court then conducted a plea colloquy with the defendant consistent with the outline set forth in the Bench Book for District Judges and in conformity with the requirements of Rule 11 of the Federal Rules of Criminal Procedure.

4. The Court advised the defendant of the maximum sentence possibilities as to the charges set forth in Counts 1, 2, 5, and 7 of the Indictment to which he was entering guilty pleas. The Court also advised the defendant of the mandatory special assessment of $100.00 per Count which must be paid at the time of sentencing.

5. The defendant acknowledged that he was satisfied with the services of his attorney and that he had full opportunity to discuss all facets of his case with his attorney, which he acknowledged that he understood.

6. The defendant entered pleas of guilty to Counts 1, 2, 5, and 7 of the Indictment. Count 1 charges the defendant, on the dates set forth in the Indictment and in Miami-Dade County, in the Southern District of Florida and elsewhere, that he did Conspire with Others to Commit Access Device Fraud, in violation of Title 18, United States Code, Section 1029(b)(2).

Count 2 charges the defendant, on the same dates set forth in Count 1 and in the Southern District of Florida, with Access Device Fraud, in violation of Title 18, United States, Code, Section 1029(a)(2).

Counts 5 and 7 charge the defendant with Aggravated Identity Theft, on the same dates as in Counts 1 and 2, in violation of Title 18, United States Code, Section1028A(a)(1)

7. The defendant was advised that the charges to which he was pleading guilty, carries the following penalties: Count 1 sets a maximum sentence of up to five (5) years' imprisonment, a monetary fine of up to $250,000.00, and would, upon completion of his term of imprisonment, be subjected to a term of supervised release for a period of up to three (3) years, and is also subject to forfeiture of properties as set forth in the Indictment.   By his plea of guilty the defendant waives his right to contest such forfeiture.   The Court may also order restitution in an amount determined by the District Judge.

Count 2 sets a maximum term of imprisonment of up to ten (10) years, a term of supervised release of up to three (3) years, and a fine of up to $250,000.00, and forfeiture as set forth in the Indictment.   By his guilty plea, the defendant waives his right to contest such forfeiture.

Counts 5 and 7 require mandatory imprisonment for a term of two (2) years, to be served consecutively to any sentence imposed in Counts 1 and 2, followed by supervised release of one (1) year and a fine of up to $250,000.00.

8. The government filed a factual basis, made part of the record and executed by the government, the defendant and his counsel, for the guilty pleas which consisted of all of the essential elements of the offenses to which the defendant is pleading guilty.

9. The defendant was, upon recommendation of the government, remanded into custody pending imposition of sentence. The defendant and his counsel shall meet with a probation officer for the preparation of a Pre-sentence Report.

**Sentencing is scheduled for Tuesday, October 11, 2016 at 10:00 A.M. before U.S. District Judge Donald M. Middlebrooks, in his Courtroom on the 11th Floor of the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Miami, Florida 33132.**

Accordingly, and based upon the foregoing and the plea colloquy conducted in this cause, the undersigned hereby RECOMMENDS that the defendant be found to have freely and voluntarily entered his guilty pleas to Counts 1, 2, 5, and 7 of the Indictment, that his guilty pleas be accepted, that he be adjudicated guilty of such offenses, and that a sentencing hearing as set forth above be conducted for a final disposition of this cause.

The parties have fourteen (14) days from the date of this Report and Recommendation within which to file written objections, if any, with United States District Judge Donald M. Middlebrooks.  See 28 U.S.C. §636 (1991).  Failure to file timely objections may bar the parties from attacking on appeal the factual findings contained herein.  LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir.), cert. denied, 488 U.S. 958 (1988).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 25th day of July 2016.

*/s/ Barry L. Garber*

_____

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE